UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ANTONIO RODRIGUEZ, an individual, JORGE LUIS RODRIGUEZ, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>T-MOBILE USA, INC. a Delaware Corporation, COINBASE, INC., a Delaware Corporation, and DOES 1 through 20,<br><br>Defendants. | Case No.: 22-cv-00581-AJB-DEB<br><br>**ORDER LIFTING STAY OF CASE AS TO DEFENDANT COINBASE, INC. AND DENYING MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS WITHOUT PREJUDICE TO RENEWAL**<br><br>(Doc. No. 28.) |

Upon review of the parties' moving papers on Defendant Coinbase, Inc's ("Coinbase") motion to compel arbitration and motion to dismiss, the Court stayed this action as to Coinbase pending the Ninth Circuit's ruling on a related matter: *Bielski v. Coinbase, Inc.*, No. 22-15566 (9th Cir. Apr. 18, 2022).

On December 5, 2023, the Ninth Circuit issued a published opinion reversing the district court's order denying Coinbase's motion to compel arbitration. *Bielski v. Coinbase, Inc.*, 87 F.4th 1003, 1015 (9th Cir. 2023) ("Ultimately, we hold that the delegation

provision's low levels of procedural and substantive unconscionability fail to tip the scales to render the provision unconscionable and therefore unenforceable. Therefore, the district court erred in refusing to enforce the delegation provision."). Bielski thereafter filed a petition for rehearing and rehearing en banc. The Ninth Circuit has denied that petition and issued the mandate.

On February 24, 2024, the parties filed a joint status report informing the Court of the above and requested the Court lift the stay and rule on Coinbase's pending motions. As the Ninth Circuit has resolved the related appellate matter, the Court **HEREBY LIFTS** the stay in this action as to Coinbase.

In the interest of fairness and judicial economy, the Court deems it appropriate to afford the parties an opportunity to address the effect of the intervening decision on their prior positions. Accordingly, the Court **DENIES** Coinbase's motion to compel arbitration and motion to dismiss (Doc. No. 28) **WITHOUT PREJUDICE** to filing a renewed motion that takes into account the Ninth Circuit's ruling in *Bielski*. The renewed motion must be filed <u>no later than April 8, 2024</u>.

**IT IS SO ORDERED**.

Dated: March 19, 2024

Hon. Anthony J. Battaglia
United States District Judge