Khodadad D. Sharif, Esq. (SBN 187992)
Matthew J. Faust, Esq. (SBN 254145)
Yasaman Sharif, Esq. (SBN 298318)
**SHARIF FAUST LAWYERS, LTD.**
600 B Street, Suite 2490
San Diego, California 92101
Telephone: (619) 233-6600
Facsimile: (619) 233-6602
Email: sharif@shariffaust.com
Email: faust@shariffaust.com
Email: ysharif@shariffaust.com

***Attorneys for Plaintiffs***

Mark R. Conrad, Esq. (SBN 255667)
Matthew L. Smith, Esq. (SBN 322827)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 343-7100
Facsimile: (415) 343-7101
Email: mconrad@conmetkane.com
Email: msmith@conmetkane.com

***Attorneys for Defendant Coinbase, Inc.***

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARCOS ANTONIO RODRIGUEZ, an individual, and JORGE LUIS RODRIGUEZ, an individual,

Plaintiffs,

v.

T-MOBILE USA, INC., a Delaware corporation, COINBASE, INC., a Delaware corporation, and DOES 1 through 20,

Defendants.

CASE NO. 3:22-cv-00581-AJB-DEB

**JOINT MOTION TO STAY PROCEEDINGS AGAINST COINBASE PENDING ARBITRATION**

[Proposed] Order filed concurrently

Judge: Hon. Anthony J. Battaglia
Action filed: April 25, 2022

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Coinbase, Inc. ("Coinbase") and Plaintiffs Marcos Antonio Rodriguez and Jorge Luis Rodriguez ("Plaintiffs") jointly move for this Court to stay all further proceedings in this matter as to Coinbase pending arbitration.

WHEREAS, on April 25, 2022, Plaintiffs filed their Complaint in this action;

WHEREAS, on September 2, 2022, Coinbase filed a motion to compel arbitration and, in the alternative, to dismiss this action;

WHEREAS, on September 28, 2023, the Court issued an order to stay the case "pending the Ninth Circuit's ruling on a related matter: *Bielski v. Coinbase, Inc.*, No. 22-15566 (9th Cir. Apr. 18, 2022)" and held Coinbase's pending motions in abeyance "until the Ninth Circuit issues its decision in *Bielski*";

WHEREAS, on March 19, 2024, the Court issued an order lifting the stay of the case as to Coinbase and ordered as follows:

> In the interest of fairness and judicial economy, the Court deems it appropriate to afford the parties an opportunity to address the effect of the intervening decision [in *Bielski*] on their prior positions. Accordingly, the Court **DENIES** Coinbase's motion to compel arbitration and motion to dismiss (Doc. No. 28) **WITHOUT PREJUDICE** to filing a renewed motion that takes into account the Ninth Circuit's ruling in *Bielski*. The renewed motion must be filed <u>no later than April 8, 2024</u>.

WHEREAS, following the Court's order dated March 19, 2024, the parties met and conferred and agreed to file the instant joint motion to stay all further proceedings as to Coinbase pending arbitration, subject to this Court's approval;

WHEREAS, Plaintiffs and Coinbase reserve all of their respective rights to any recovery of any fees or costs to which they may be entitled in connection with all proceedings before this Court;

NOW, THEREFORE, pursuant to Local Rule 7.2, the parties hereby jointly move for this Court for an order staying all further proceedings in the matter as to Coinbase

pending arbitration. Consistent with the order previously entered by the Court with respect to the stay of Plaintiffs' claims against Defendant, T-Mobile USA, Inc., Plaintiffs and Coinbase agree to submit regular status reports to the Court as to the status of the arbitration on or before Friday June 28, 2024, and every sixty (60) days thereafter.

Respectfully submitted,

DATED: April 5, 2024

CONRAD | METLITZKY | KANE LLP

*/s/ Mark R. Conrad*
MARK R. CONRAD
MATTHEW L. SMITH

Attorneys for Defendant COINBASE, INC.

DATED: April 5, 2024

SHARIF FAUST LAWYERS, LTD.

*/s/ Yasaman Sharif*
KHODADAD D. SHARIF
MATTHEW J. FAUST
YASAMAN SHARIF

Attorneys for Plaintiffs MARCOS RODRIGUEZ and JORGE RODRIGUEZ

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify the content of this document is acceptable to counsel for Plaintiffs Marcos Rodriguez and Jorge Rodriguez and that I have obtained their authorization to affix their electronic signature(s) to this document.

DATED: April 5, 2024

CONRAD | METLITZKY | KANE LLP

*/s/ Mark R. Conrad*
MARK R. CONRAD

Attorneys for Defendant COINBASE, INC.