# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ANTONIO RODRIGUEZ, an individual, and JORGE LUIS RODRIGUEZ, an individual,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>T-MOBILE USA, INC., a Delaware corporation, COINBASE, INC., a Delaware corporation, and DOES 1 through 20,<br><br>　　　Defendants. | CASE NO. 3:22-cv-00581-AJB-DEB<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS AGAINST COINBASE PENDING ARBITRATION** |

The Court, having considered the Joint Motion To Stay Proceedings Pending Arbitration ("Joint Stay Motion") filed by Plaintiffs Marcos Antonio Rodriguez and Jorge Luis Rodriguez ("Plaintiffs") and Defendant Coinbase, Inc. ("Coinbase"), and good cause appearing therefor, hereby GRANTS the Joint Stay Motion.

Pursuant to 9 U.S.C. § 3, the action and all causes of action asserted against Coinbase is **STAYED** pending arbitration. No later than Friday, June 28, 2024, the parties shall file a Joint Status Report as to the anticipated schedule for the arbitration. Every sixty (60) days thereafter, the parties must file an updated Joint Report on the status of the arbitration.

**IT IS SO ORDERED.**

Dated: April 8, 2024

Hon. Anthony J. Battaglia
United States District Judge