UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ANTONIO RODRIGUEZ, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br><br>            Defendants. | Case No.:  22-cv-00581-AJB-DEB<br><br>**ORDER** |

The proceedings in this case are currently stayed pending arbitration. (Doc. Nos. 50, 58.) The Court ordered the parties to file joint status reports on the status of arbitration at 60-day intervals. (Doc. No. 50 at 8; Doc. No. 58.)

Plaintiffs Marcos Antonio Rodriguez and Jorge Luis Rodriguez ("Plaintiffs") and Defendant T-Mobile USA, Inc., ("T-Mobile") last filed a joint status report on April 28, 2025. (Doc. No. 71.)

On August 18, 2025, Plaintiffs and Defendant Coinbase, Inc. ("Coinbase") filed a joint status report stating that "the arbitration is currently stayed, and the arbitrator plans to reevaluate the stay on August 27, 2025." (Doc. No. 73 at 1.) Plaintiffs and Coinbase did not explain why the arbitration is currently stayed. (*See generally id.*)

The Court admonishes Plaintiffs and T-Mobile for failing to timely file a status report. (*See* Doc. No. 50 at 8.)

Accordingly, the Court reaffirms its directives and **HEREBY ORDERS**:

1. No later than **August 22, 2025**, Plaintiffs and T-Mobile must file a joint status report addressing (A) the status of arbitration proceedings between Plaintiffs and T-Mobile and (B) why the parties failed to timely file a status report.

2. No later than **September 3, 2025**, Plaintiffs and Coinbase must file a supplemental joint status report addressing (A) the basis for the stay of the arbitration proceedings between Plaintiffs and Coinbase, (B) whether the stay has been extended, and (C) if so, the basis for such extension, and (D) the plans to complete the arbitration proceedings.

3. No later than **October 21, 2025**, and every sixty days thereafter, the parties must file updated Joint Reports on the statuses of the arbitrations.

4. To the extent the parties are engaging in mediation as an alternative, or would like to, the Court remains open to settlement proceedings before Judge Butcher, and will lift the stay specifically to accommodate those purposes.

**IT IS SO ORDERED.**

Dated: August 21, 2025

Hon. Anthony J. Battaglia
United States District Judge